AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| ANDREW SAMUELS | )  |
|---|---|
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 4:23-cv-6492 DMR |
| LIDO DAO; AH CAPITAL MANAGEMENT, LLC; PARADIGM OPERATIONS, LP; DRAGONFLY DIGITAL MANAGEMENT LLC; ROBOT VENTURES LP | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lido DAO
c/o AH Capital Management, LLC
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Additional Defendants listed on following page.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jason Harrow
Gerstein Harrow LLP
12100 Wilshire Blvd. Ste. 800
Los Angeles, CA 90025
jason@gerstein-harrow.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Mark B. Busby

*Signature of Clerk or Deputy Clerk*

Date: 12/18/2023

Additional Defendants in *Samuels v. Lido DAO, et al.*
N.D. California, filed December 17, 2023

**AH Capital Management, LLC**
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**Paradigm Operations, LP**
850 New Burton Road, Suite 201
Dover, DE 19904

**Dragonfly Digital Management, LLC**
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**Robot Ventures LP**
8 The Green, Suite R
Dover, DE 19901