| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* JASON TEST<br>Gerstein Harrow LLP<br>Jason Harrow SBN 308560<br>12100 Wilshire Blvd. Ste. 800 Los Angeles, CA 90025<br>　　　　　TELEPHONE NO:　　　　　　　FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:　jason@gerstein-harrow.com<br>　　ATTORNEY FOR *(Name)*: | FOR COURT USE ONLY |
|---|---|
| *Ref. No. or File No.:* 10132805 (21878256) | |
| *Insert name of Court, and Judicial District and Branch Court*<br>Northern District of California - District - San Francisco<br>450 Golden Gate Avenue<br>San Francisco, CA  94102-3483 | |
| PLAINTIFF:<br>Andrew Samuels | |
| DEFENDANT:<br>Lido Dao, et al. | |

| PROOF OF SERVICE | CASE NUMBER:<br>4:23-cv-06492-DMR |
|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Complaint, Civil Cover Sheet, Summons

2. Party Served:　　　　　Paradigm Operations LP

3. Person Served:　　　　Cogency Global, Inc.

4. Left With:　　　　　　Teresa grandison

5. Date & Time of Delivery:　　December 28, 2023 at 7:41 pm HST

6. Address, City and State:　　850 New Burton Rd 201 Dover, DE, 19904

7. Manner of Service:　　By leaving the copies with or in the presence of Teresa grandison, (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed them of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for service: $105.00

Not a Registered California process server.
Zenobia Guy

InfoTrack US, Inc. - P000618
1400 N McDowell Blvd, Suite 300
Petaluma, CA  94954
800-938-8815

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Zenobia Guy*

Zenobia Guy

Date: December 29, 2023

| | |
|---|---|
| PLAINTIFF / PETITIONER: Andrew Samuels<br>DEFENDANT / RESPONDENT: Lido Dao, et al. | CASE NUMBER:<br>4:23-cv-06492-DMR |

## DECLARATION OF DILIGENCE

(This form must be attached to another form or court paper before it can be filed in court.)

1) Successful Attempt: Dec 28, 2023, 7:41 pm HST at Business: 850 New Burton Rd 201, Dover, DE 19904 received by Teresa grandison. Age: 40; Ethnicity: African American; Weight: 230;

**I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date:   December 29, 2023

Zenobia Guy

(TYPE OR PRINT NAME)

*[signature: Zenobia Guy]*

(SIGNATURE OF DECLARANT)

☐ Attorney for   ☐ Plaintiff   ☐ Petitioner   ☐ Defendant
☐ Respondent   ☒ Other *(Specify):* Process Server