| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* JASON TEST<br>Gerstein Harrow LLP<br>Jason Harrow SBN 308560<br>12100 Wilshire Blvd. Ste. 800 Los Angeles, CA 90025<br>    TELEPHONE NO:            FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:   jason@gerstein-harrow.com<br>    ATTORNEY FOR *(Name)*:           Ref. No. or File No.:  10132807 (21878258) | FOR COURT USE ONLY |

| |
|---|
| *Insert name of Court, and Judicial District and Branch Court*<br>Northern District of California - District - San Francisco<br>450 Golden Gate Avenue<br>San Francisco, CA  94102-3483 |
| PLAINTIFF:<br>Andrew Samuels |
| DEFENDANT:<br>Lido Dao, et al. |

| | |
|---|---|
| **PROOF OF SERVICE** | CASE NUMBER:<br>4:23-cv-06492-DMR |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Complaint, Civil Cover Sheet, Summons

2. Party Served:              Robot Ventures LP

3. Person Served:             Resident Agents, Inc.

4. Left With:                 Charlotte vanice

5. Date & Time of Delivery:   December 28, 2023 at 7:27 pm HST

6. Address, City and State:   8 The Green Ste R Dover, DE, 19901

7. Manner of Service:         By leaving the copies with or in the presence of Charlotte vanice, (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed them of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for service: $105.00

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Not a Registered California process server.
Zenobia Guy

*/s/ Zenobia Guy*
Zenobia Guy

InfoTrack US, Inc. - P000618
1400 N McDowell Blvd, Suite 300
Petaluma, CA  94954
800-938-8815

Date: December 29, 2023

| | |
|---|---|
| PLAINTIFF / PETITIONER: Andrew Samuels<br>DEFENDANT / RESPONDENT: Lido Dao, et al. | CASE NUMBER:<br>4:23-cv-06492-DMR |

# DECLARATION OF DILIGENCE

(This form must be attached to another form or court paper before it can be filed in court.)

1) Successful Attempt: Dec 28, 2023, 7:27 pm HST at Business: 8 The Green Ste R, Dover, DE 19901 received by Charlotte vanice. Age: 55; Ethnicity: African American; Gender: Female; Weight: 245;

**I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date:   December 29, 2023

Zenobia Guy

(TYPE OR PRINT NAME)

(SIGNATURE OF DECLARANT)

☐ Attorney for   ☐ Plaintiff   ☐ Petitioner   ☐ Defendant
☐ Respondent   ☒ Other *(Specify):* Process Server