| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* JASON TEST<br>Gerstein Harrow LLP<br>Jason Harrow SBN 308560<br>12100 Wilshire Blvd. Ste. 800<br>Los Angeles, CA 90025<br>　　　　TELEPHONE NO:　　　　　　　　　　FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:　jason@gerstein-harrow.com<br>　　ATTORNEY FOR *(Name)*:　　　　　　　　　　Ref. No. or File No.: 10132802 (21878255) | FOR COURT USE ONLY |
|---|---|
| *Insert name of Court, and Judicial District and Branch Court*<br>Northern District of California - District - San Francisco<br>450 Golden Gate Avenue<br>San Francisco, CA  94102-3483 | |
| PLAINTIFF:<br>Andrew Samuels | |
| DEFENDANT:<br>Lido Dao, et al. | |
| **PROOF OF SERVICE** | CASE NUMBER:<br>4:23-cv-06492-DMR |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Complaint, Civil Cover Sheet, Summons

| | |
|---|---|
| 2. Party Served: | LIDO DAO |
| 3. Person Served: | The Corporation Trust Company |
| 4. Left With: | Chimere Brooks - Intake Specialist |
| 5. Date & Time of Delivery: | December 22, 2023 at 10:46 am EST |
| 6. Address, City and State: | 1209 Orange Street Wilmington, DE, 19801 |
| 7. Manner of Service: | By leaving the copies with or in the presence of Chimere Brooks, (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed them of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached. |

Fee for service: $40.00

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Thomas Newton*

InfoTrack US, Inc. - P000618
1400 N McDowell Blvd, Suite 300
Petaluma, CA  94954
800-938-8815

Date: December 22, 2023