| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* JASON TEST<br>Gerstein Harrow LLP<br>Jason Harrow SBN 308560<br>12100 Wilshire Blvd. Ste. 800<br>Los Angeles, CA 90025<br>    TELEPHONE NO:                            FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:   jason@gerstein-harrow.com<br>    ATTORNEY FOR *(Name)*:                         Ref. No. or File No.: 10132799 (21878254) | FOR COURT USE ONLY |

*Insert name of Court, and Judicial District and Branch Court*
Northern District of California - District - San Francisco
450 Golden Gate Avenue
San Francisco, CA  94102-3483

PLAINTIFF:
Andrew Samuels

DEFENDANT:
Lido Dao, et al.

| PROOF OF SERVICE | CASE NUMBER:<br>4:23-cv-06492-DMR |
|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Complaint, Civil Cover Sheet, Summons

2. Party Served:            AH Capital Management, LLC

3. Person Served:           The Corporation Trust Company

4. Left With:               Chimere Brooks - Intake Specialist

5. Date & Time of Delivery: December 22, 2023 at 10:46 am EST

6. Address, City and State: 1209 Orange Street Wilmington, DE, 19801

7. Manner of Service:       By leaving the copies with or in the presence of Chimere Brooks, (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed them of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for service: $40.00

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*(signature)*
Thomas Newton

InfoTrack US, Inc. - P000618
1400 N McDowell Blvd, Suite 300
Petaluma, CA  94954
800-938-8815

Date: December 22, 2023