| | |
|---|---|
| Jason Harrow (Cal. Bar No. 308560) GERSTEIN HARROW LLP 12100 Wilshire Blvd. Ste. 800 Los Angeles, CA 90025 jason@gerstein-harrow.com (323) 744-5293 | James Crooks (*pro hac vice*) Michael Lieberman (*pro hac vice*) FAIRMARK PARTNERS, LLP 1001 G STREET NW SUITE 400 EAST Washington, DC 20001 jamie@fairmarklaw.com (619) 507-4182 |
| Charles Gerstein (*pro hac vice*) Emily Gerrick (*pro hac vice forthcoming*) GERSTEIN HARROW LLP 1001 G Street NW, Suite 400E Washington, DC 20001 charlie@gerstein-harrow.com (202) 670-4809 | |

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW SAMUELS, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>LIDO DAO, a general partnership; AH CAPITAL MANAGEMENT, LLC; PARADIGM OPERATIONS LP; DRAGONFLY DIGITAL MANAGEMENT LLC; ROBOT VENTURES LP;<br><br>  Defendants. | Case No. 3:23-cv-6492-VC<br><br>**JOINT STIPULATION AND ~~PROPOSED~~ ORDER TO REMOVE DOCKET ENTRIES NO. 40, 41, AND 54-1 AND REPLACE WITH REDACTED VERSION (L.R. 7-12)**<br><br>**Date: April 10, 2024**<br><br>**Action Filed: December 17, 2023**<br><br>**Before The Hon. Judge Vince Chhabria** |

## JOINT STIPULATION AND [PROPOSED] ORDER

In docket entries with ECF Numbers 40, 41, and 54-1, Plaintiff filed an identical one-page declaration. The Declaration contains basic facts about Plaintiff's purchase of the token at issue and his involvement in the lawsuit. The second page of the Declaration contains information authenticating his electronic signature.

In all three copies previously filed, the e-signature authentication page contains Plaintiff's personal email address and the IP address of the device he used to sign the Declaration. This private information was inadvertently placed on the public docket. The Declaration has now been replaced with a lightly redacted version at ECF No. 55. The only difference between the Declaration previously filed and the version at ECF No. 55 is that Plaintiff's email address and IP address have been redacted. No other changes have been made to the document.

Pursuant to the rules and practices of this Court, filed documents can be removed only by request to the Court and not by unilateral action by the Clerk's office. Accordingly, the parties hereby STIPULATE and AGREE that the documents at ECF Numbers 40, 41, and 54-1 be permanently removed from the docket, to be replaced by ECF No. 55.

A proposed order immediately follows the signature block.

Respectfully submitted,[1]

/s/ Michael Mix
Jason Gottlieb
(admitted *pro hac vice*)
jgottlieb@morrisoncohen.com
Michael Mix
(admitted *pro hac vice*)
mmix@morrisoncohen.com
Rachel Fleder
(admitted *pro hac vice*)

/s/ Jason Harrow
Jason Harrow
(Cal. Bar No. 308560)
GERSTEIN HARROW LLP
12100 Wilshire Blvd. Ste. 800
Los Angeles, CA 90025
jason@gerstein-harrow.com
(323) 744-5293(323) 744-5293

---

[1] The filing attorney attests that the other signatories have concurred in the filing of this document.

| | |
|---|---|
| rfleder@morrisoncohen.com<br>MORRISON COHEN, LLP<br>909 Third Avenue<br>New York, NY 10022-4784<br>Telephone:  (212) 735-8600<br>Facsimile:   (212) 735-8708<br><br>Ellen London (SBN 325580)<br>elondon@londonstoutlaw.com<br>LONDON & STOUT P.C.<br>1999 Harrison St., Suite 655<br>Oakland, CA 94612<br>Telephone:  (415) 862-8494<br><br>*Attorneys for Defendants*<br>*Dragonfly Digital Management LLC and*<br>*Robot Ventures LP*<br><br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br><br>*/s/ Peter Morrison*<br>Peter B. Morrison (SBN 230148)<br>peter.morrison@skadden.com<br>Zachary M. Faigen (SBN 294716)<br>zack.faigen@skadden.com<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, California 90071<br>Telephone: (213) 687-5000<br><br>Alexander C. Drylewski<br>alexander.drylewski@skadden.com<br>One Manhattan West<br>New York, New York 10001<br>Telephone: (212) 735-3000<br>Facsimile:   (212) 735-0411<br><br>*Attorneys for Defendant Paradigm Operations LP*<br><br>LATHAM & WATKINS LLP<br><br>/s/ Morgan Whitworth<br>Morgan E. Whitworth (Bar No. 304907) | Charles Gerstein<br>(*admitted pro hac vice*)<br>Emily Gerrick<br>(*pro hac vice application forthcoming*)<br>GERSTEIN HARROW LLP<br>1001 G Street NW, Suite 400E<br>Washington, DC 20001<br>charlie@gerstein-harrow.com<br>(202) 670-4809<br><br>James Crooks<br>(*admitted pro hac vice*)<br>Michael Lieberman<br>(*admitted pro hac vice*)<br>FAIRMARK PARTNERS, LLP<br>1001 G Street NW, Suite 400E<br>Washington, DC 20001<br>jamie@fairmarklaw.com<br>(619) 507-4182<br><br>*Attorneys for Plaintiff* |

Content:

morgan.whitworth@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600

Matthew Rawlinson (Bar No. 231890)
matt.rawlinson@lw.com
140 Scott Drive
Menlo Park, CA 94025-1008
Telephone: (650) 328-4600

Douglas K. Yatter (Bar No. 236089)
douglas.yatter@lw.com
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200

*Attorneys for Defendant AH Capital Management, L.L.C.*

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: __April 11__, 2024

By: _____
THE HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE