**LATHAM & WATKINS LLP**
Matthew Rawlinson (CA Bar No. 231890)
 matt.rawlinson@lw.com
140 Scott Drive
Menlo Park, CA 94025
Telephone: +1.650.328.4600

Morgan E. Whitworth (CA Bar No. 304907)
 morgan.whitworth@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600

Susan E. Engel (*pro hac vice*)
 susan.engel.@lw.com
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200

*Attorneys for Defendant AH Capital Management, L.L.C.*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW SAMUELS, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>LIDO DAO, a general partnership; AH CAPITAL MANAGEMENT, LLC; PARADIGM OPERATIONS LP; DRAGONFLY DIGITAL MANAGEMENT LLC; ROBOT VENTURES LP,<br><br>                    Defendants. | Case No. 3:23-cv-06492-VC<br><br>**DEFENDANT AH CAPITAL MANAGEMENT, L.L.C.'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY** |

Pursuant to Local Rules 7.3(d) and 7-11, Defendant AH Capital Management, L.L.C. ("a16z") respectfully moves for leave to file as supplemental authority a decision issued by the United States Supreme Court following the hearing on June 27, 2024, on Defendants' Motions to Dismiss the Amended Class Action Complaint (Dkt. 74). *See Fischer v. United States*, 603 U.S. ___, 2024 WL 3208034 (U.S. June 28, 2024), attached hereto as Exhibit 1.

a16z brings this published opinion to the attention of the Court in connection with a16z's Motion to Dismiss the Amended Class Action Complaint ("MTD"), Dkt. 61, and Reply in Support of Motion to Dismiss the Amended Class Action Complaint ("Reply"), Dkt. 67. a16z respectfully submits that the Supreme Court's interpretation of the phrase "or . . . otherwise" in 18 U.S.C. § 1512(c) is instructive in interpreting 15 U.S.C. § 77e(a) and (c), which likewise use the phrase "or otherwise." *Compare Fischer*, 2024 WL 3208034, at *6 (holding that "the scope of" a clause that begins with "'or otherwise'" is "defined by reference to" the preceding clause and that preceding clause's "narrower terms" "limit[ed]" the "'or otherwise'" clause's "broad language"), *and id.* at *4-7 ("The idea is simply that a general phrase can be given a more focused meaning by the terms linked to it."), *with* MTD 12 ("'[O]r otherwise' refers to something 'similar to the listed example[]'—(i.e., 'any prospectus')—'in some respects but different in others.'" (quoting *Begay v. United States*, 553 U.S. 137, 144 (2008), *abrogated on other grounds by Johnson v. United States*, 576 U.S. 591 (2015))), *and* Reply 6 ("'Or otherwise' ensures that all prospectus-like documents can form the basis for liability in a public offering sale—including where the seller does not register the alleged security and so has not filed the required prospectus.").

As set forth in the attached declaration, counsel for a16z contacted counsel for Plaintiff to inquire whether Plaintiff would stipulate to the filing of this motion for leave. Counsel for Plaintiff indicated that although he disagreed that *Fischer* had any pertinence to the current briefing, he would not oppose a16z's motion.

DATED: July 8, 2024

LATHAM & WATKINS LLP
By: /s/ *Susan E. Engel*
Susan E. Engel (*pro hac vice*)
susan.engel.@lw.com
555 Eleventh Street, N.W., Suite 1000

1  Washington, D.C. 20004-1304
   Telephone: +1.202.637.2200
2
3  Douglas K. Yatter (Bar No. 236089)
    douglas.yatter@lw.com
4  Benjamin A. Naftalis (*pro hac vice*)
    benjamin.naftalis@lw.com
5  Peter Trombly (*pro hac vice*)
    peter.trombly@lw.com
6  1271 Avenue of the Americas
7  New York, New York 10020
   Telephone: +1.212.906.1200
8
9  Matthew Rawlinson (CA Bar No. 231890)
    matt.rawlinson@lw.com
10 140 Scott Drive
   Menlo Park, CA 94025
11 Telephone: +1.650.328.4600

12 Morgan E. Whitworth (CA Bar No. 304907)
    morgan.whitworth@lw.com
13 505 Montgomery Street, Suite 2000
   San Francisco, California 94111
14 Telephone: +1.415.391.0600
15
16 *Attorneys for Defendant AH Capital Management, L.L.C.*
17
18
19
20
21
22
23
24
25
26
27
28