**BROWN RUDNICK LLP**
Samuel A. Moniz (SBN: 313274)
smoniz@brownrudnick.com
2211 Michelson Drive
Seventh Floor
Irvine, CA 92612
Telephone:   (949) 752-7100
Facsimile:    (949) 252-1514

STEPHEN D. PALLEY (*pro hac vice* forthcoming)
spalley@brownrudnick.com
601 13th St NW #600
Washington, DC 20005
Telephone:   (202) 536-1766
Facsimile:    (202) 536-1701

SIGMUND S. WISSNER-GROSS (*pro hac vice* forthcoming)
swissner-gross@brownrudnick.com
JESSICA N. MEYERS (*pro hac vice* forthcoming)
jmeyers@brownrudnick.com
7 Times Square
New York, NY 10036
Telephone:   (212) 209-4800
Facsimile:    (212) 209-4801

**METALEX PRO, LLP**
ALEX GOLUBITSKY (SBN: 289236)
Email: ag@agolubitsky.com
3013 Libby Ter
Richmond, VA 23223
Telephone: (206) 602-6045
Facsimile: (866) 301-2038

*Attorneys for Dolphin CL, LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREW SAMUELS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LIDO DAO; AH CAPITAL MANAGEMENT, LLC; PARADIGM OPERATIONS LP; DRAGONFLY DIGITAL MANAGEMENT LLC; ROBOT VENTURES LP,<br><br>Defendants. | CASE NO. 3:23-CV-06492-VC<br><br>**CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that it is not currently believed by Dolphin CL, LLC ("Dolphin"), who is making a limited appearance on behalf of Defendant Lido DAO, that the Court has any conflict, financial or otherwise, with the parties to this litigation.

Pursuant to Civil L.R. 3-15, the undersigned further certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Globally distributed token holders of the LDO token, all of whose identities are not known to Dolphin and not readily ascertainable.

DATED: July 11, 2024        Respectfully submitted,

**BROWN RUDNICK LLP**


By: */s/ Samuel A. Moniz*
BROWN RUDNICK LLP
Samuel A. Moniz (SBN: 313274)
2211 Michelson Drive
Seventh Floor
Irvine, CA 92612
Telephone:    (949) 752-7100
Facsimile:    (949) 252-1514
Email: smoniz@brownrudnick.com

-and-

Stephen D. Palley (*pro hac vice* forthcoming)
601 13th St NW #600
Washington, DC 20005
Telephone:    (202) 536-1766
Facsimile:    (202) 536-1701
Email: spalley@brownrudnick.com

-and-

Sigmund S. Wissner-Gross (*pro hac* vice forthcoming)
Jessica N. Meyers (*pro hac* vice forthcoming)

| | |
|---|---|
| 1 | 7 Times Square |
| 2 | New York, NY 10036 |
|   | Telephone:     (212) 209-4800 |
| 3 | Facsimile:      (212) 209-4801 |
|   | Email: swissner-gross@brownrudnick.com |
| 4 |             jmeyers@brownrudnick.com |
| 5 | -and- |
| 6 | METALEX PRO, LLP |
| 7 | ALEX GOLUBITSKY (SBN: 289236) |
|   | 3013 Libby Ter |
| 8 | Richmond, VA 23223 |
|   | Telephone: (206) 602-6045 |
| 9 | Facsimile: (866) 301-2038 |
|   | Email: ag@agolubitsky.com |
| 10 | |
| 11 | *Attorneys for Dolphin CL, LLC* |

3
DOLPHIN CL, LLC'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS