Jason Harrow
(Cal. Bar No. 308560)
GERSTEIN HARROW LLP
12100 Wilshire Blvd. Ste. 800
Los Angeles, CA 90025
jason@gerstein-harrow.com
(323) 744-5293

James Crooks
(*pro hac vice*)
Michael Lieberman
(*pro hac vice*)
FAIRMARK PARTNERS, LLP
1001 G Street NW, Suite 400E
Washington, DC 20001
jamie@fairmarklaw.com
michael@fairmarklaw.com
(619) 507-4182

Charles Gerstein
(*pro hac vice*)
Emily Gerrick
(*pro hac vice forthcoming*)
GERSTEIN HARROW LLP
1001 G Street NW, Suite 400E
Washington, DC 20001
charlie@gerstein-harrow.com
(202) 670-4809

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREW SAMUELS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LIDO DAO, a general partnership; AH CAPITAL MANAGEMENT, LLC; PARADIGM OPERATIONS LP; DRAGONFLY DIGITAL MANAGEMENT LLC; ROBOT VENTURES LP,<br><br>Defendants. | Case No. 3:23-cv-06492<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND JOINT REPORT DEADLINE**<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED**<br><br>**Before the Hon. Vince Chhabria** |

**JOINT STIPULATION**

Plaintiff Andrew Samuels and Defendants AH Capital Management LLC, Paradigm Operations LP, and Dragonfly Digital Management LLC ("Stipulating Defendants") jointly request that this Court continue the initial case management conference to Friday, January 3, 2025 at 10:00 AM, with a joint case management statement deadline of December 20, 2024.

On November 18, 2024, this Court set the initial case management conference for December 6, 2024, at 10:00 AM, with a joint case management statement due on December 3, 2024. When this Court chose that date, it fell about a week after Defendants' answer deadline in this matter. By stipulation, Plaintiff Andrew Samuels and Defendants AH Capital Management LLC, Paradigm Operations LP, and Dragonfly Digital Management LLC ("Stipulating Defendants") extended Stipulating Defendants' answer deadline to December 18. *See* ECF No. 118.

Plaintiff and Stipulating Defendants now respectfully request that this Court continue the initial case management conference to Friday, January 3, at 10:00 AM, with a joint case management statement deadline of December 20. Plaintiff and Stipulating Defendants agree that conducting the case-management conference and the parties' initial discovery conference after Defendants' answer deadline would reduce the potential for duplicative work and ensure that the case schedule accounts for any counterclaims or motions the parties are currently contemplating. January 3 is also the earliest practicable conference date for all involved, given the number of different attorneys at different law firms involved, some of whom have different but overlapping vacation and work schedules around the end of the year and the winter holidays. *See* Declaration of Jason Harrow ¶ 2.

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the initial case management conference to Friday, January 10, 2025 at 10:00 AM, with a joint case management statement deadline of January 3, 2024.

Dated: November 27, 2024

_____
The Hon. Vince Chhabria

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Vince Chhabria]

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Peter Morrison*
Peter B. Morrison (SBN 230148)
peter.morrison@skadden.com
Zachary M. Faigen (SBN 294716)
zack.faigen@skadden.com
2000 Avenue of the Stars Suite 200N
Los Angeles, California 90067
Telephone: (213) 687-5000

Alexander C. Drylewski (*pro hac vice*)
alexander.drylewski@skadden.com
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000

*Attorneys for Defendant Paradigm Operations LP*

MORRISON COHEN LLP

*/s/ Jason Gottlieb*
Jason Gottlieb (Admitted *pro hac vice*)
Michael Mix (Admitted *pro hac vice*)
Rachel Fleder (Admitted *pro hac vice*)
909 Third Avenue
New York, New York 10022
jgottlieb@morrisoncohen.com
mmix@morrisoncohen.com
rfleder@morrisoncohen.com
(212) 735-8600

LONDON & NAOR P.C.
Ellen London
1999 Harrison St., Suite 2010
Oakland, CA 94612
elondon@londonnaor.com
(415) 862-8494

*Attorneys for Defendant*
*Dragonfly Digital Management LLC*

LATHAM & WATKINS LLP

*/s/ Morgan E. Whitworth*
Morgan E. Whitworth (Bar No. 304907)
morgan.whitworth@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600

Susan E. Engel (*pro hac vice*)
Susan.engel@lw.com
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304

1 | Telephone: (202) 637-2200

2 | Douglas K. Yatter (Bar No. 236089)
3 | douglas.yatter@lw.com
  | 1271 Avenue of the Americas
  | New York, New York 10020
4 | Telephone: (212) 906-1200

5 | Matthew Rawlinson (Bar No. 231890)
  | matt.rawlinson@lw.com
6 | 140 Scott Drive
  | Menlo Park, CA 94025-1008
7 | Telephone: (650) 328-4600

8 | *Attorneys for Defendant AH Capital Management, L.L.C.*

9 | GERSTEIN HARROW LLP

10 | */s/ Jason Harrow*
   | Jason Harrow (SBN 308560)
11 | Charles Gerstein (*pro hac vice*)
   | Emily Gerrick (*pro hac vice*)
12 | 12100 Wilshire Blvd. Ste. 800
   | Los Angeles, California 90025
13 | jason@gerstein-harrow.com
   | Telephone: (323) 744-5293

14 |

15 | James Crooks (*pro hac vice*)
   | Michael Lieberman (*pro hac vice*)
   | FAIRMARK PARTNERS, LLP
16 | 1001 G Street NW, Suite 400 East
   | Washington DC, 20001
17 | jamies@fairmarklaw.com
   | (619) 507-4182

18 |

   | *Attorneys for Plaintiff Andrew Samuels*, on behalf of himself
19 | and all others similar situated

3

**JOINT STIP TO CONTINUE CASE MANAGEMENT CONFERENCE**