# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW SAMUELS, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>LIDO DAO; AH CAPITAL MANAGEMENT, LLC; PARADIGM OPERATIONS LP; DRAGONFLY DIGITAL MANAGEMENT LLC; ROBOT VENTURES LP,<br><br>Defendants. | Case No. 3:23-cv-06492-VC<br><br>**JOINT STIPULATION REGARDING CASE SCHEDULE** |

Pursuant to the Court's Minute Entry following the January 10, 2025 Initial Case Management Conference, (ECF 149), Plaintiff Andrew Samuels and Defendants AH Capital Management LLC, Dragonfly Digital Management LLC, and Paradigm Operations LP (collectively, the "Parties") hereby jointly propose the following case schedule[1]:

| Event | Parties' Proposed Date/Deadline |
|---|---|
| Initial Disclosures | January 24, 2025 |
| Substantial Completion of Document Production | July 1, 2025 |
| Class Certification Motion | September 29, 2025 |
| Opposition to Class Certification | November 10, 2025 |
| Reply in Support of Class Certification | December 22, 2025 |
| Deadline to Amend Pleadings to add Parties or Claims pursuant to FRCP 15(a)(2) | January 16, 2026 |
| Close of Fact Discovery | February 26, 2026 |
| Deadline to Serve Discovery-Related Motions re: Fact Discovery | March 19, 2026 |
| Opening Expert Reports | March 17, 2026 |
| Rebuttal Expert Report | April 16, 2026 |
| Close of Expert Discovery | May 15, 2026 |
| Deadline to Serve Discovery-Related Motions re: Expert Discovery | June 9, 2026 |
| Summary Judgment Motions | August 6, 2026 |
| Summary Judgement Oppositions | September 24, 2026 |
| Summary Judgement Replies | October 29, 2026 |
| Dispositive Motion Hearing | November 19, 2026 |
| Final Pretrial Conference | February 4, 2027 |
| Trial | March 8, 2027 |

Respectfully submitted,

Dated: January 17, 2025      GERSTEIN HARROW LLP

/s/ *Jason Harrow*
Jason Harrow (SBN 308560)
Charles Gerstein (Admitted *pro hac vice*)
12100 Wilshire Blvd. Ste. 800
Los Angeles, California 90025
jason@gerstein-harrow.com
Telephone: (323) 744-5293
FAIRMARK PARTNERS, LLP

---

[1] The Defendants reserve their rights to seek to modify the schedule based on events that may occur in the action, including if the Court grants Defendants' pending motion to certify an interlocutory appeal under 28 U.S.C. § 1292(b).

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

James Crooks (Admitted *pro hac vice*)
Michael Lieberman (Admitted *pro hac vice*)
1001 G Street NW, Suite 400 East
Washington DC, 20001
jamies@fairmarklaw.com
Telephone: (619) 507-4182

SUSMAN GODFREY L.L.P.

Steven G. Sklaver (237612)
ssklaver@susmangodfrey.com
Oleg Elkhunovich (269238)
oelkhunovich@susmangodfrey.com
Rohit D. Nath (316062)
rnath@susmangodfrey.com
Nicholas N. Spear (304281)
nspear@susmangodfrey.com
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

Jason Bell (Admitted *pro hac vice*)
jbell@susmangodfrey.com
One Manhattan West
New York, NY 10001-8602
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

*Attorneys for Plaintiff Andrew Samuels*, on behalf of himself and all others similarly situated


SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ *Alexander C. Drylewski*
Peter B. Morrison (SBN 230148)
peter.morrison@skadden.com
Zachary M. Faigen (SBN 294716)
zack.faigen@skadden.com
2000 Avenue of the Stars, Suite 200N
Los Angeles, California 90067
Telephone: (213) 687-5000

Alexander C. Drylewski (Admitted *pro hac vice*)
alexander.drylewski@skadden.com
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000

*Attorneys for Defendant Paradigm Operations LP*

MORRISON COHEN LLP

/s/ *Jason Gottlieb*
Jason Gottlieb (Admitted *pro hac vice*)
Michael Mix (Admitted *pro hac vice*)
Rachel Fleder (Admitted *pro hac vice*)
909 Third Avenue
New York, New York 10022
jgottlieb@morrisoncohen.com
mmix@morrisoncohen.com
rfleder@morrisoncohen.com
Telephone: (212) 735-8600

LONDON & NAOR P.C.
Ellen London
1999 Harrison St., Suite 2010
Oakland, California 94612
elondon@londonnaor.com
Telephone: (415) 862-8494

*Attorneys for Defendant*
*Dragonfly Digital Management LLC*

LATHAM & WATKINS LLP

/s/ *Susan E. Engel*
Susan E. Engel (Admitted *pro hac vice*)
susan.engel@lw.com
555 Eleventh Street., N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200

Douglas K. Yatter (Bar No. 236089)
Benjamin Naftalis (Admitted *pro hac vice*)
Samir Deger-Sen (Admitted *pro hac vice*)
Peter Trombly (Admitted *pro hac vice*)
1271 Avenue of the Americas
New York., New York 10020
Telephone: (212) 906-1200
douglas.yatter@lw.com
benjamin.naftalis@lw.com
samir.deger-sen@lw.com
peter.trombly@lw.com

Morgan E. Whitworth (Bar No. 304907)
morgan.whitworth@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600

*Attorneys for Defendant AH Capital Management, L.L.C.*

**FILERS ATTESTATION**

I, Alexander C. Drylewski, am the ECF User whose ID and password are being used to file this Joint Stipulation Regarding Case Schedule. In compliance with Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document have been obtained from each of the other signatories.

By: *Alexander C. Drylewski*
   Alexander C. Drylewski