| | |
|---|---|
| STEVEN G. SKLAVER (237612) | JAMES CROOKS (*pro hac vice*) |
| ssklaver@susmangodfrey.com | jamie@fairmarklaw.com |
| OLEG ELKHUNOVICH (269238) | MICHAEL LIEBERMAN (*pro hac vice*) |
| oelkhunovich@susmangodfrey.com | **FAIRMARK PARTNERS, LLP** |
| ROHIT D. NATH (316062) | 400 7th Street NW, Suite 304 |
| rnath@susmangodfrey.com | Washington, DC 20004 |
| NICHOLAS N. SPEAR (304281) | Telephone: (619) 507-4182 |
| nspear@susmangodfrey.com | |
| **SUSMAN GODFREY L.L.P.** | CHARLES GERSTEIN (*pro hac vice*) |
| 1900 Avenue of the Stars, Suite 1400 | charlie@gerstein-harrow.com |
| Los Angeles, California 90067-6029 | **GERSTEIN HARROW LLP** |
| Telephone: (310) 789-3100 | 400 7th Street NW, Suite 304 |
| Facsimile: (310) 789-3150 | Washington, DC 20004 |
| | Telephone: (202) 670-4809 |
| JASON BELL (*pro hac vice*) | |
| jbell@susmangodfrey.com | JASON HARROW (308560) |
| **SUSMAN GODFREY L.L.P.** | jason@gerstein-harrow.com |
| One Manhattan West | **GERSTEIN HARROW LLP** |
| New York, NY 10001-8602 | 12100 Wilshire Blvd., Suite 800 |
| Telephone: (212) 336-8330 | Los Angeles, California 90025 |
| Facsimile: (212) 336-8340 | Telephone: (323) 744-5293 |

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREW SAMUELS, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br>v.<br><br>LIDO DAO, a general partnership; AH CAPITAL MANAGEMENT, LLC; PARADIGM OPERATIONS LP; DRAGONFLY DIGITAL MANAGEMENT LLC; ROBOT VENTURES LP,<br><br>      Defendants. | Case No. 3:23-cv-6492-VC<br><br>**CLASS ACTION**<br><br>**LEAD PLAINTIFF'S STATEMENT OF RECENT DECISION (CIVIL LOCAL RULE 7-3(d)(2))**<br><br>DATE:    August 14, 2025<br>TIME:    10:00 AM<br>PLACE:  Courtroom 4 – 17th Floor<br>BEFORE: Hon. Vince Chhabria |

**STATEMENT OF RECENT DECISION**

Pursuant to Civil Local Rule 7-3(d)(2), Lead Plaintiff Andrew Samuels respectfully submits this Statement of Recent Decision in support of his Opposition to Defendants' Motion to Compel Arbitration and Stay Proceedings, notifying the Court of the California Supreme Court's decision regarding equitable estoppel in *Ford Motor Warranty Cases*, No. S279969 (July 3, 2025). This issue is discussed at pp. 13-15 of Defendants' principal brief, pp. 13-15 of Plaintiff's brief, and pp. 9-10 of Defendants' reply. This decision was published after the deadline for filing Lead Plaintiff's Opposition. A copy of this decision is attached as Exhibit A.

Dated: July 8, 2025                                    Respectfully submitted,

                                                       By: /s/ *Jason Bell*
                                                           Jason Bell

                                                       STEVEN G. SKLAVER (237612)
                                                       ssklaver@susmangodfrey.com
                                                       OLEG ELKHUNOVICH (269238)
                                                       oelkhunovich@susmangodfrey.com
                                                       ROHIT D. NATH (316062)
                                                       rnath@susmangodfrey.com
                                                       NICHOLAS N. SPEAR (304281)
                                                       nspear@susmangodfrey.com
                                                       **SUSMAN GODFREY L.L.P.**
                                                       1900 Avenue of the Stars, Suite 1400
                                                       Los Angeles, California 90067-6029
                                                       Telephone: (310) 789-3100
                                                       Facsimile: (310) 789-3150

                                                       JASON BELL (*pro hac vice*)
                                                       jbell@susmangodfrey.com
                                                       **SUSMAN GODFREY L.L.P.**
                                                       One Manhattan West
                                                       New York, NY 10001-8602
                                                       Telephone: (212) 336-8330
                                                       Facsimile: (212) 336-8340

                                                       JASON HARROW (308560)
                                                       jason@gerstein-harrow.com
                                                       **GERSTEIN HARROW LLP**
                                                       12100 Wilshire Blvd., Suite 800
                                                       Los Angeles, California 90025
                                                       Telephone: (323) 744-5293

                                                       JAMES CROOKS (*pro hac vice*)
                                                       jamie@fairmarklaw.com
                                                       MICHAEL LIEBERMAN (*pro hac vice*)

**FAIRMARK PARTNERS, LLP**
400 7th Street NW, Suite 304
Washington, DC 20004
Telephone: (619) 507-4182

CHARLES GERSTEIN (*pro hac vice*)
charlie@gerstein-harrow.com
**GERSTEIN HARROW LLP**
400 7th Street NW, Suite 304
Washington, DC 20004
Telephone: (202) 670-4809

*Attorneys for Plaintiff*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: July 8, 2025                        By:     */s/ Jason Bell*
                                                         Jason Bell

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to any non-CM/ECF participants indicated on the attached Manual Notice List.

Dated: July 8, 2025                        By:     */s/ Jason Bell*
                                                         Jason Bell