LATHAM & WATKINS LLP
Morgan E. Whitworth (CA Bar No. 304907)
*morgan.whitworth@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600

Susan E. Engel (Admitted *pro hac vice*)
*susan.engel@lw.com*
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200

*Attorneys for Defendant AH Capital Management, L.L.C.*

*Additional Counsel on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW SAMUELS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIDO DAO, a general partnership; AH CAPITAL MANAGEMENT, LLC; PARADIGM OPERATIONS LP; DRAGONFLY DIGITAL MANAGEMENT LLC; ROBOT VENTURES LP,<br><br>Defendants. | Case No.: 3:23-cv-06492-VC<br><br>**NOTICE OF APPEAL**<br><br>Hon. Vince Chhabria |

NOTICE IS HEREBY GIVEN THAT Defendants AH Capital Management, L.L.C., Paradigm Operations LP, and Dragonfly Digital Management LLC, hereby appeal to the United States Court of Appeals for the Ninth Circuit this Court's Order Denying Motion to Compel Arbitration, entered in this action on September 3, 2025 (Dkt. 192). This appeal is being taken pursuant to 28 U.S.C. § 1291 and the Federal Arbitration Act, 9 U.S.C. § 16(a)(1)(B). A true and correct copy of the order is attached as Exhibit 1. A true and correct copy of the Circuit Rule 3-2 Representation Statement is also attached.

DATED: September 5, 2025

LATHAM & WATKINS LLP

*/s/ Susan E. Engel*
Susan E. Engel (admitted *pro hac vice*)
*susan.engel@lw.com*
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200

Douglas K. Yatter (SBN 236089)
*douglas.yatter@lw.com*
Benjamin Naftalis (admitted *pro hac vice*)
*benjamin.naftalis@lw.com*
Samir Deger-Sen (admitted *pro hac vice*)
*samir.deger-sen@lw.com*
Peter Trombly (admitted *pro hac vice*)
*peter.trombly@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Tel: +1 (212) 906-1200

Morgan E. Whitworth (CA Bar No. 304907)
*morgan.whitworth@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

*Attorneys for Defendant AH Capital Management, L.L.C.*

DATED: September 5, 2025

MORRISON COHEN LLP

*/s/ Michael Mix*
Jason Gottlieb (admitted *pro hac vice*)
Michael Mix (admitted *pro hac vice*)

Rachel Fleder (admitted *pro hac vice*)
909 Third Avenue
New York, New York,10022
jgottlieb@morrisoncohen.com
mmix@morrisoncohen.com
rfleder@morrisoncohen.com
(212) 735-8600

LONDON & NAOR P.C.
Ellen London (SBN 325580)
1999 Harrison St., Suite 2010
Oakland, CA 94612
elondon@londonnaor.com
(415) 862-8494

*Attorneys for Defendant*
*Dragonfly Digital Management LLC*

DATED: September 5, 2025

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Zachary M. Faigen*
Peter B. Morrison (SBN 230148)
peter.morrison@skadden.com
Zachary M. Faigen (SBN 294716)
zack.faigen@skadden.com
2000 Avenue of the Stars, Suite 200N
Los Angeles, CA 90067
Tel: +1 (213) 687-5000

Alexander C. Drylewski (admitted *pro hac vice*)
alexander.drylewski@skadden.com
One Manhattan West
New York, NY 10001
Tel: +1 (212) 735-3000

*Attorneys for Defendant Paradigm Operations LP*

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Notice of Appeal. Pursuant to L.R 5-1(i)(3) regarding signatures, I, Susan E. Engel, attest that concurrence in the filing of this document has been obtained.

DATED: September 5, 2025

*/s /Susan E. Engel*
Susan E. Engel