LATHAM & WATKINS LLP
Morgan E. Whitworth (CA Bar No. 304907)
*morgan.whitworth@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600

Susan E. Engel (Admitted *pro hac vice*)
*susan.engel@lw.com*
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200

*Attorneys for Defendant AH Capital Management, L.L.C.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW SAMUELS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIDO DAO, a general partnership; AH CAPITAL MANAGEMENT, LLC; PARADIGM OPERATIONS LP; DRAGONFLY DIGITAL MANAGEMENT LLC; ROBOT VENTURES LP,<br><br>Defendants. | Case No.: 3:23-cv-06492-VC<br><br>**DEFENDANTS AH CAPITAL MANAGEMENT, L.L.C., PARADIGM OPERATIONS LP, AND DRAGONFLY DIGITAL MANAGEMENT LLC'S NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT**<br><br>Hon. Vince Chhabria |

**NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT**

Defendant AH Capital Management L.L.C. ("a16z") is represented by the following counsel:

LATHAM & WATKINS LLP

Susan E. Engel (*pro hac vice*)
*susan.engel@lw.com*
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200

Douglas K. Yatter (CA Bar No. 236089)
*douglas.yatter@lw.com*
Benjamin Naftalis (admitted *pro hac vice*)
*benjamin.naftalis@lw.com*
Samir Deger-Sen (admitted *pro hac vice*)
*samir.deger-sen@lw.com*
Peter Trombly (admitted *pro hac vice*)
*peter.trombly@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Tel: +1 (212) 906-1200

Morgan E. Whitworth (CA Bar No. 304907)
*morgan.whitworth@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: +1.415.391.0600

Defendant Dragonfly Digital Management LLC is represented by the following counsel:

MORRISON COHEN LLP

Jason Gottlieb (admitted *pro hac vice*)
Michael Mix (admitted *pro hac vice*)
Rachel Fleder (admitted *pro hac vice*)
909 Third Avenue
New York, New York,10022
jgottlieb@morrisoncohen.com
mmix@morrisoncohen.com
rfleder@morrisoncohen.com
(212) 735-8600

LONDON & NAOR P.C.
Ellen London (SBN 325580)

1999 Harrison St., Suite 2010
Oakland, CA 94612
elondon@londonnaor.com
(415) 862-8494

Defendant Paradigm Operations LP is represented by the following counsel:

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

Peter B. Morrison (SBN 230148)
peter.morrison@skadden.com
Zachary M. Faigen (SBN 294716)
zack.faigen@skadden.com
2000 Avenue of the Stars, Suite 200N
Los Angeles, CA 90067
Tel: +1 (213) 687-5000

Alexander C. Drylewski (admitted *pro hac vice*)
alexander.drylewski@skadden.com
One Manhattan West
New York, NY 10001
Tel: +1 (212) 735-3000

Plaintiff Andrew Samuels is represented by the following counsel:

SUSMAN GODFREY L.L.P.

STEVEN G. SKLAVER (237612)
ssklaver@susmangodfrey.com
OLEG ELKHUNOVICH (269238)
oelkhunovich@susmangodfrey.com
ROHIT D. NATH (316062)
rnath@susmangodfrey.com
NICHOLAS N. SPEAR (304281)
nspear@susmangodfrey.com
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

JASON BELL (*pro hac vice*)
jbell@susmangodfrey.com

One Manhattan West
New York, New York, 10001
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

GERSTEIN HARROW LLP

JASON HARROW (308560)
jason@gerstein-harrow.com
12100 Wilshire Blvd., Suite 800
Los Angeles, California 90025
Telephone: (323) 744-5293

CHARLES GERSTEIN (*pro hac vice*)
charlie@gerstein-harrow.com
1001 G Street NW, Suite 400E
Washington, DC 20002
Telephone: (202) 670-4809

JAMES CROOKS (*pro hac vice*)
jamie@fairmarklaw.com
MICHAEL LIEBERMAN (*pro hac vice*)
400 7th Street NW, Suite 304
Washington, DC 20004
Telephone: (619) 507-4182

DATED: September 5, 2025

LATHAM & WATKINS LLP

*/s/ Susan E. Engel*

Susan E. Engel (admitted *pro hac vice*)
*susan.engel@lw.com*
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200

Douglas K. Yatter (CA Bar No. 236089)
*douglas.yatter@lw.com*
Benjamin Naftalis (admitted *pro hac vice*)
*benjamin.naftalis@lw.com*
Samir Deger-Sen (admitted *pro hac vice*)
*samir.deger-sen@lw.com*
Peter Trombly (admitted *pro hac vice*)
*peter.trombly@lw.com*
1271 Avenue of the Americas
New York, NY 10020

Tel: +1 (212) 906-1200

Morgan E. Whitworth (CA Bar No. 304907)
*morgan.whitworth@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

*Attorneys for Defendant AH Capital Management, L.L.C.*

DATED: September 5, 2025

MORRISON COHEN LLP

*/s/ Michael Mix*
Jason Gottlieb (admitted *pro hac vice*)
Michael Mix (admitted *pro hac vice*)
Rachel Fleder (admitted *pro hac vice*)
909 Third Avenue
New York, New York,10022
jgottlieb@morrisoncohen.com
mmix@morrisoncohen.com
rfleder@morrisoncohen.com
(212) 735-8600

LONDON & NAOR P.C.
Ellen London (SBN 325580)
1999 Harrison St., Suite 2010
Oakland, CA 94612
elondon@londonnaor.com
(415) 862-8494

*Attorneys for Defendant Dragonfly Digital Management LLC*

DATED: September 5, 2025

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Zachary M. Faigen*
Peter B. Morrison (SBN 230148)
peter.morrison@skadden.com
Zachary M. Faigen (SBN 294716)
zack.faigen@skadden.com
2000 Avenue of the Stars, Suite 200N
Los Angeles, CA 90067
Tel: +1 (213) 687-5000

Alexander C. Drylewski (admitted *pro hac vice*)

alexander.drylewski@skadden.com
One Manhattan West
New York, NY 10001
Tel: +1 (212) 735-3000

*Attorneys for Defendant Paradigm Operations LP*

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Ninth Circuit Rule 3-2 Representation Statement. Pursuant to L.R 5-1(i)(3) regarding signatures, I, Susan E. Engel, attest that concurrence in the filing of this document has been obtained.

DATED: September 5, 2025

*/s/Susan E. Engel*
Susan E. Engel