PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
ZACHARY M. FAIGEN (SBN 294716)
zack.faigen@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2000 Avenue of the Stars, Suite 200N
Los Angeles, California 90067
Telephone:    (213) 687-5000
Facsimile:    (213) 687-5600

ALEXANDER C. DRYLEWSKI (pro hac vice)
alexander.drylewski@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone:    (212) 735-3000
Facsimile: (212) 735-0411

*Attorneys for Defendant Paradigm Operations LP*

*[Additional Counsel on Signature Page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW SAMUELS, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>LIDO DAO; AH CAPITAL MANAGEMENT, LLC; PARADIGM OPERATIONS LP; DRAGONFLY DIGITAL MANAGEMENT LLC; ROBOT VENTURES LP,<br><br>Defendants. | Case No. 3:23-cv-06492-VC<br><br>**JOINT STATUS REPORT**<br><br>Hon. Vince Chhabria |

**JOINT STATUS REPORT**

On September 5, 2025, Defendants AH Capital Management, L.L.C., Paradigm Operations LP, and Dragonfly Digital Management LLC ("Defendants-Appellants") filed a Notice of Appeal to the United States Court of Appeals for the Ninth Circuit following the Court's denial of Defendants' Motion to Compel Arbitration (ECF 193).

On October 21, 2025, the Court ordered the parties to submit a Joint Status Report every 120 days while the case is on appeal (ECF 201). Pursuant to that Order, the parties respectfully submit the following update:

On February 6, 2026, Defendants-Appellants filed their Opening Brief in the Ninth Circuit.

On February 9, 2026, the parties engaged in a private mediation session with David Murphy of Phillips ADR Enterprises.

On February 24, 2026, Plaintiff-Appellee filed a Motion for Summary Disposition in the Ninth Circuit. On April 24, 2026, the Ninth Circuit denied that motion.

Plaintiff-Appellee's merits Answering Brief is due on June 25, 2026. The default deadline for Defendants-Appellants' Reply Brief is 21 days after the filing of Plaintiff-Appellee's Answering Brief.

The parties will submit a further joint status report in 120 days, on October 16, 2026, per the Court's Order.

Respectfully submitted,

Dated: June 18, 2026                SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ *Zachary M. Faigen*
Peter B. Morrison (SBN 230148)
peter.morrison@skadden.com
Zachary M. Faigen (SBN 294716)
zack.faigen@skadden.com
2000 Avenue of the Stars, Suite 200N
Los Angeles, California 90067
Telephone: (213) 687-5000


Alexander C. Drylewski (*pro hac vice*)
alexander.drylewski@skadden.com
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000

*Attorneys for Defendant Paradigm Operations LP*

Dated: June 18, 2026                MORRISON COHEN LLP

/s/ *Michael Mix*
Jason Gottlieb (*pro hac vice*)
Michael Mix (*pro hac vice*)
Rachel Fleder (*pro hac vice*)
909 Third Avenue
New York, New York 10022
jgottlieb@morrisoncohen.com
mmix@morrisoncohen.com
rfleder@morrisoncohen.com
Telephone: (212) 735-8600

LONDON & NAOR P.C.
Ellen London
1999 Harrison St., Suite 2010
Oakland, California 94612
elondon@londonnaor.com
Telephone: (415) 862-8494

*Attorneys for Defendant Dragonfly Digital Management LLC*

2

JOINT STATUS REPORT
CASE NO. 3:23-CV-06492-VC

Dated: June 18, 2026                    LATHAM & WATKINS LLP

/s/ *Morgan E. Whitworth*
Susan E. Engel (*pro hac vice*)
susan.engel@lw.com
555 Eleventh Street., N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200

Douglas K. Yatter (Bar No. 236089)
Benjamin Naftalis (*pro hac vice*)
Samir Deger-Sen (*pro hac vice*)
Peter Trombly (*pro hac vice*)
1271 Avenue of the Americas
New York., New York 10020
Telephone: (212) 906-1200
douglas.yatter@lw.com
benjamin.naftalis@lw.com
samir.deger-sen@lw.com
peter.trombly@lw.com

Morgan E. Whitworth (Bar No. 304907)
morgan.whitworth@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600

*Attorneys for Defendant AH Capital Management, L.L.C.*

Dated: June 18, 2026                    SUSMAN GODFREY LLP

/s/ *Nicholas Spear*
Jason Bell (*pro hac vice*)
One Manhattan West
New York, NY 10001
Telephone: (212) 336-8330
jbell@susmangodrey.com

Steven G. Sklaver
Oleg Elkhunovich
Rohit D. Nath
Nicholas Spear
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
ssklaver@susmangodfrey.com
oelkhunovich@susmangodfrey.com
rnath@susmangodfrey.com
nspear@susmangodfrey.com

GERSTEIN HARROW LLP
Jason Harrow (SBN 308560)
12100 Wilshire Blvd. Ste. 800

3

Los Angeles, CA 90025
jason@gerstein-harrow.com
(323) 744-5293

Charles Gerstein (*pro hac vice*)
Emily Gerrick (*pro hac vice*)
1001 G Street NW, Suite 400E
Washington, DC 20001
charlie@gerstein-harrow.com
Telephone: (202) 670-4809

FAIRMARK PARTNERS, LLP
James Crooks (*pro hac vice*)
Michael Lieberman (*pro hac vice*)
1001 G Street NW, Suite 400E
Washington, DC 20001
jamie@fairmarklaw.com
michael@fairmarklaw.com
Telephone: (619) 507-4182

*Attorneys for Plaintiff Andrew Samuels*, on behalf of himself and all others similarly situated

JOINT STATUS REPORT
CASE NO. 3:23-CV-06492-VC

## FILER'S ATTESTATION

I, Zachary M. Faigen, am the ECF User whose ID and password are being used to file this Joint Status Report. In compliance with Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document have been obtained from each of the other signatories.

By: /s/ *Zachary M. Faigen*
Zachary M. Faigen

JOINT STATUS REPORT
CASE NO. 3:23-CV-06492-VC